| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CABN 88143)<br>Chief, Civil Division |
| 3 | MELISSA K. BROWN (CABN 203307)<br>Assistant United States Attorney |
| 4 |    450 Golden Gate Avenue, Box 36055<br>   San Francisco, California 94102-3495 |
| 5 |    Telephone: (415) 436-6962<br>   FAX: (415) 436-6748 |
| 6 |    melissa.k.brown@usdoj.gov |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC SEDIE,<br>    Plaintiff,<br>  v.<br>UNITED STATES OF AMERICA,<br>    Defendant. | No. C-08-4417 EDL<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF AND [PROPOSED] ORDER** |

WHEREAS, on January , the Honorable Magistrate Judge Elizabeth Laporte issued a Case Management and Pretrial Order for Jury Trial ("Case Management Order");

WHEREAS, the Case Management Order sets the discovery cut-off for non-expert discovery for June 30, 2009 and the cut-off for expert disclosure for August 11, 2009;

WHEREAS, defendant United States ("Defendant") by and through its counsel, and plaintiff Eric Sedie ("Plaintiff") by and through his counsel (collectively the "parties") have determined that they will not be able to complete non-expert and expert discovery prior to the above referenced dates, and therefore have agreed to extend the non-expert discovery cut-off is continued to July 28, 2009, and the expert discovery schedule as follows: initial disclosures July 31, 2009, rebuttal expert disclosures for August 11, 2009 and expert discovery cut-off September 8, 2009 and to request an order providing the same.

STIPULATION TO EXTEND DISCOVERY CUT-OFF AND [PROPOSED] ORDER
C-08-4417 EDL

1 ACCORDINGLY, it is hereby agreed by the parties, by and through their counsel, that the non-expert discovery cut-off is continued to July 28, 2009, and the expert discovery schedule as follows: initial expert disclosures July 31, 2009, rebuttal expert disclosures for August 11, 2009 and expert discovery cut-off September 8, 2009.

So Stipulated.

DATED: May 7, 2009                          Respectfully submitted,


                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney


                                                    /s/ Melissa Brown
                                             _____
                                             MELISSA K. BROWN
                                             Assistant United States Attorney


DATED: May 7, 2009

                                             SANFORD CIPINKO
                                             YULIYA MAGOMEDOV
                                             Attorneys at Law

                                             /s/ Yuliya Magomedov

                                             _____
                                             YULIYA MAGOMEDOV
                                             Attorneys for the Plaintiff

**[~~PROPOSED~~ ] ORDER**

Pursuant to the stipulation of the parties, the non-expert discovery cut-off is continued to July 28, 2009, and the expert discovery schedule as follows: initial expert disclosures July 31, 2009, rebuttal expert disclosures for August 11, 2009 and expert discovery cut-off September 8, 2009.

IT IS SO ORDERED

Dated: May 8, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge