1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CABN 203307)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6962
       FAX: (415) 436-6748
6      melissa.k.brown@usdoj.gov

7  Attorneys for Defendant

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

   ERIC SEDIE,                        )    No. C-08-4417 EDL
13                                     )
              Plaintiff,               )    **STIPULATION TO EXTEND
14                                     )    DISCOVERY CUT-OFF AND
       v.                              )    [~~PROPOSED~~] ORDER**
15                                     )
   UNITED STATES OF AMERICA,           )
16                                     )
              Defendant.               )
17  _____)

18        WHEREAS, on January 21, 2009, the Honorable Magistrate Judge Elizabeth Laporte

19  issued a Case Management and Pretrial Order for Jury Trial ("Case Management Order");

20        WHEREAS, on May 8, 2009, pursuant to stipulation of the parties the Court issued an

21  order extending the discovery cut-off and pretrial schedule;

22        WHEREAS, the defendant United States ("Defendant") has filed a Motion To Compel

23  the Attendance of Plaintiff Eric Sedie At A Vocational Rehabilitation Interview ("Motion To

24  Compel"), but the Motion to Compel will not be heard before August 25, 2009 due to the

25  schedule of the parties and the Court;

26        WHEREAS, the Defendant learned during the deposition of plaintiff Eric Sedie, that

27  additional information may be available that is responsive to prior discovery requests and

28  WHEREAS plaintiff's counsel has agreed to allow further deposition of Mr. Sedie on a date

1  agreed upon by the parties;

2       WHEREAS, certain noticed depositions will not be completed prior to July 28, 2009 due

3  to conflicts in scheduling among counsel and witnesses;

4       WHEREAS, based upon the foregoing, the Defendant  by and through its counsel, and

5  plaintiff Eric Sedie ("Plaintiff") by and through his counsel (collectively the "parties") have

6  determined that they will not be able to complete non-expert and expert discovery prior to July

7  28, 2009 and September 8, 2009 respectively, and therefore have agreed to extend the non-expert

8  discovery cut-off is continued to September 4, 2009, and the expert discovery schedule as

9  follows: initial disclosures September 11, 2009, rebuttal expert disclosures for September 25,

10  2009 and expert discovery cut-off is continued to October 9, 2009 and the dispositive motion

11  hearing date to be moved to November 24, 2009 and to request an order providing the same.

12       ACCORDINGLY, it is hereby agreed by the parties, by and through their counsel, that the

13  non-expert discovery cut-off is continued to September 4, 2009, and the expert discovery

14  schedule as follows: initial expert disclosures September 11, 2009, rebuttal expert disclosures for

15  September 25, 2009 and expert discovery cut-off is continued to October 9, 2009 and the

16  dispositive motion hearing date is November 24, 2009.

17    So Stipulated.

18  DATED: July 17, 2009               Respectfully submitted,

19                             JOSEPH P. RUSSONIELLO

20                             United States Attorney

                             /s/ Melissa Brown

21                             _____

22                             MELISSA K. BROWN
                           Assistant United States Attorney

23  DATED: July 17,  2009

24                             SANFORD CIPINKO

25                             YULIYA MAGOMEDOV
                           Attorneys at Law

26

27                             /s/ Yuliya Magomedov

                           _____

28                             YULIYA MAGOMEDOV
                           Attorneys for the Plaintiff

1

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, the non-expert discovery cut-off is continued to September 4, 2009, and the expert discovery schedule as follows: initial expert disclosures September 11, 2009, rebuttal expert disclosures for September 25, 2009 and expert discovery cut-off is continued to October 9, 2009 and the dispositive motion hearing date is November 24, 2009.

IT IS SO ORDERED



Dated:   July 28, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge