1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION
10
11  ERIC SEDIE,                              )  No. C-08-4417 EDL
                                             )  E-FILED
         Plaintiff,                          )
12                                           )  [~~PROPOSED~~] ORDER GRANTING THE
13       v.                                  )  FEDERAL DEFENDANT'S MOTION TO
                                             )  COMPEL THE ATTENDANCE OF
14  UNITED STATES OF AMERICA,                )  PLAINTIFF ERIC SEDIE AT A
                                             )  VOCATIONAL REHABILITATION
         Defendant.                          )  INTERVIEW
15  _____   )
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING THE FEDERAL DEFENDANT'S MOTION TO COMPEL THE
ATTENDANCE OF PLAINTIFF ERIC SEDIE AT A VOCATIONAL REHABILITATION INTERVIEW
C-08-4417 EDL

On August 25, 2009, the Defendant's Motion to Compel Plaintiff Eric Sedie's Attendance a Vocational Rehabilitation Interview Pursuant to Fed. R. Civ. P. 35 ("Motion to Compel") came on regularly for hearing. Having considered the pleadings, papers on file, and the parties' arguments, and finding good cause, the Court hereby GRANTS the Motion to Compel.

The plaintiff, Eric Sedie, is ordered to submit to a vocational rehabilitation interview on September 11, 2009. The vocational rehabilitation interview may include standardized testing of the plaintiff Eric Sedie, in addition to, an interview by Andrew O'Brien, the defendant's vocational rehabilitation expert. The plaintiff's attorney may attend the vocational rehabilitation interview, but only as an observer. The plaintiff's attorney is instructed not to engage in any disruptive behavior during the vocational rehabilitation interview. If the plaintiff's attorney disrupts the vocational rehabilitation interview, then the Defendant may terminate the interview and reschedule it for a later date and/or seek intervention from the Court.

IT IS SO ORDERED

DATED: August 25, 2009

_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" with signature of Judge Elizabeth D. Laporte]*