1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CABN 203307)
   Assistant United States Attorney
4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
5     Telephone: (415) 436-6962
      FAX: (415) 436-6748
6     melissa.k.brown@usdoj.gov

7  Attorneys for Defendant

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  ERIC SEDIE,                      )   No. C-08-4417 EDL
                                     )
14       Plaintiff,                  )   **STIPULATION TO EXTEND**
                                     )   **DISCOVERY CUT-OFF AND**
15       v.                          )   **[PROPOSED] ORDER**
                                     )
16  UNITED STATES OF AMERICA,        )
                                     )
17       Defendant.                  )
   _____   )

18       WHEREAS, on January 21, 2009, the Honorable Magistrate Judge Elizabeth Laporte

19  issued a Case Management and Pretrial Order for Jury Trial ("Case Management Order");

20       WHEREAS, on August 25, 2009,  the plaintiff Eric Sedie ("Plaintiff") by and through his

21  counsel and the defendant United States ("Defendant") by and through its counsel, (collectively,

22  "the parties") appeared before this Court and agreed to modify the Case Management Order and

23  pretrial schedule as stated below;

24       WHEREAS, the non-expert discovery cut-off is extended to September 18, 2009, and the

25  expert discovery schedule as follows: initial disclosures are due October 9, 2009, rebuttal expert

26  disclosures are due October 16, 2009 and the expert discovery cut-off is continued to November

27  10, 2009, and the last day to hear dispositive motions is extended to December 8, 2009 and the

28  parties request an order providing the same.

STIPULATION TO EXTEND DISCOVERY CUT-OFF AND [PROPOSED] ORDER
C-08-4417 EDL

ACCORDINGLY, it is hereby agreed by the parties, by and through their counsel, that the non-expert discovery cut-off is continued to September 18, 2009, and the expert discovery schedule as follows: initial expert disclosures are due October 9, 2009, rebuttal expert disclosures are due October 16, 2009 and the expert discovery cut-off is continued to November 10, 2009 and the last day to hear dispositive motions is December 8, 2009.

So Stipulated.


DATED: August 25, 2009                 Respectfully submitted,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

                                              /s/ Melissa Brown
                                       _____
                                       MELISSA K. BROWN
                                       Assistant United States Attorney

DATED: August 25,  2009

                                       SANFORD CIPINKO
                                       YULIYA MAGOMEDOV
                                       Attorneys at Law

                                       /s/ Yuliya Magomedov
                                       _____
                                       YULIYA MAGOMEDOV
                                       Attorneys for the Plaintiff

1

**[~~PROPOSED~~] ORDER**

2

Pursuant to the stipulation of the parties, the non-expert discovery cut-off is continued to

3

September 18, 2009, and the expert discovery schedule as follows: initial expert disclosures are

4

due October 9, 2009, rebuttal expert disclosures are due October 16, 2009, and the expert

5

discovery cut-off is continued to November 10, 2009, and the last day to hear dispositive motions

6

is December 8, 2009.

7

8

IT IS SO ORDERED

9

10

Dated: _____August 25, 2009_____

11



12

_____
ELIZABE...
United Sta... Magistrate Judge...

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28