1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CABN 203307)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6962
       FAX: (415) 436-6748
6      melissa.k.brown@usdoj.gov

7  Attorneys for Defendant

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   ERIC SEDIE,                          )   No. C-08-4417 EDL
13                                       )
            Plaintiff,                   )   **STIPULATION AND [PROPOSED]**
14                                       )   **ORDER TO EXTEND EXPERT**
       v.                               )   **DISCOVERY CUT-OFF**
15                                       )
   UNITED STATES OF AMERICA,            )
16                                       )
            Defendant.                   )
17  _____ )

18      WHEREAS, the Honorable Magistrate Judge Elizabeth Laporte issued a Case

19  Management and Pretrial Order for Jury Trial ("Case Management Order") setting the expert

20  discovery cut-off for November 10, 2009;

21      WHEREAS, the plaintiff Eric Sedie ("Plaintiff") by and through his counsel and the

22  defendant United States ("Defendant") by and through its counsel, (collectively, "the parties")

23  recognize that due to their respective schedules and the schedules of the expert witnesses that

24  expert discovery cannot be completed prior to November 10, 2009 hereby agreed to modify the

25  Case Management Order and pretrial schedule as stated below;

26      WHEREAS, the expert discovery cut-off is extended to December 8, 2009, and the

27  parties request an order providing the same.

28      ACCORDINGLY, it is hereby agreed by the parties, by and through their counsel, that the

1   expert discovery cut-off is continued to December 8, 2009.

2       So Stipulated.

3

4   DATED: October 29, 2009                    Respectfully submitted,

5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
6

7                                                   /s/ Melissa Brown
                                               _____
8                                              MELISSA K. BROWN
                                               Assistant United States Attorney
9

10  DATED: October 29,  2009

11                                             SANFORD CIPINKO
                                               JEREMY CLOYD
                                               Attorneys at Law
12

13                                             /s/ Jeremy Cloyd
                                               _____
14                                             JEREMY CLOYD
                                               Attorneys for the Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~ ] ORDER**

Pursuant to the stipulation of the parties, the expert discovery cut-off is continued to December 8, 2009.

IT IS SO ORDERED



Dated: _October 30, 2009_          _____

ELIZABETH D. LAPORTE
United States Magistrate Judge