1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2   JOANN M. SWANSON (CABN 88143)
    Chief, Civil Division
3   MELISSA K. BROWN (CABN 203307)
    Assistant United States Attorney
4        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
5        Telephone: (415) 436-6962
         FAX: (415) 436-6748
6        melissa.k.brown@usdoj.gov

7   Attorneys for Defendant

8                        UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  ERIC SEDIE,                          )      No. C 08-4417 EDL
                                         )
13          Plaintiff,                   )      **STIPULATION AND [PROPOSED]**
                                         )      **ORDER REGARDING THE PARTIES'**
14      v.                               )      **MOTIONS FOR SANCTIONS**
                                         )       AS MODIFIED
15  UNITED STATES OF AMERICA,            )
                                         )
16          Defendant.                   )
    _____  )

17

18          WHEREAS, the parties attended the deposition of defense expert Kevin Harrington,

    M.D. on October 29, 2009;

19
            WHEREAS, that deposition did not conclude;
20
            WHEREAS, the parties have a dispute about Dr. Harrington's deposition and regarding
21
    the termination of that deposition;
22
            WHEREAS, plaintiff's counsel informed counsel for the defense of plaintiff's intention
23
    to file a motion for sanctions regarding the termination of the deposition;
24
            WHEREAS, counsel for the defendant informed plaintiffs' counsel of defendant's intent
25
    to file a motion for sanctions and for protective order;
26
            WHEREAS, the parties agree that the motions may be heard on shortened time, in order
27
    to keep the discovery schedule on track;
28

    STIPULATION AND [PROPOSED] ORDER
    C 08-4417 EDL

1      WHEREAS, subject to the approval of the Court, the parties have agreed to have their

2 respective motions heard on November 10, 2009, subject to the Court's calendar availability, or

3 the first available Tuesday on the Court's calendar;

4      WHEREAS, the parties further agree to file their opposition papers no later than Friday,

5 November 6, 2009, and further agree to waive any reply papers.

6      THE PARTIES STIPULATE AND AGREE TO THE FOREGOING, THROUGH

7 THEIR RESPECTIVE COUNSEL OF RECORD:

8

9      IT IS SO STIPULATED.

10

11 DATED: October 30, 2009           Respectfully submitted,

12                             JOSEPH P. RUSSONIELLO
                            United States Attorney

13                             /s/ Melissa Brown

14                             _____

15                             MELISSA K. BROWN
                            Assistant United States Attorney

16

17 DATED: October 30, 2009

18                             LAW OFFICES OF SANFORD CIPINKO
                            Attorneys at Law

19

20                             /s/ Sanford Cipinko

21                             _____
                            SANFORD CIPINKO
                            JEREMY CLOYD

22                             Attorneys for the Plaintiff

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, the following schedule applies to the parties' motions described above:

| | |
|---|---|
| Filing date: | November 2, 2009 |
| Opposition filing date: | November 6, 2009 |
| Reply filing date: | None |
| Hearing date: | ~~November 10, 2009~~  November 17, 2009 at 9:00 a.m. |

IT IS SO ORDERED.



Dated: __October 30, 2009__

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge