IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SEDIE, | No. C-08-04417 EDL |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

On December 8, 2009, Defendant filed a Motion to Shorten Time to hear Defendant's Motion to Reopen Discovery. On December 11, 2009, Plaintiff opposed the Motion to Shorten Time. Given the imminent trial date, there is good cause to shorten time to hear Defendant's Motion to Reopen Discovery. Accordingly, Plaintiff shall file an opposition no later than December 16, 2009. Defendant may file a reply no later than noon on December 18, 2009. The Court will hold a hearing on December 22, 2009 at 9:00 a.m. The Court expresses no opinion at this time as to the merits of the underlying Motion to Reopen Discovery.

**IT IS SO ORDERED.**

Dated: December 11, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge