1  SANFORD M. CIPINKO, Esq., SBN 88102
   JEREMY CLOYD, Esq. SBN 239991
2  LAW OFFICES OF SANFORD M. CIPINKO
   55 FRANCISCO STREET, SUITE 403
3  SAN FRANCISCO, CA. 94133
   VOICE:        (415) 693-9905
4  FACSIMILE:  (415) 693-9904

5
   Attorneys for Plaintiff
6  ERIC SEDIE

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  ERIC SEDIE,                        )  CIVIL ACTION NO: C08-4417 EDL
                                       )
13              Plaintiff,             )  **STIPULATION AND [PROPOSED]**
                                       )  **ORDER REGARDING TRIAL**
14  v.                                 )  **TESTIMONY OF OFFICER MATTHEW**
                                       )  **MITCHELL**
15  UNITED STATES POSTAL SERVICE.      )
    DOES 1 TO  50, inclusive,          )
16              Defendants.            )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19  _____ /

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER REGARDING OFFICER MATTHEW MITCHELL                    1
SEDIE v. UNITED STATES POSTAL SERVICE; CASE NO.: C-08-4417 EDL

1

2          WHEREAS, on December 30, 2009, plaintiff served a subpoena for trial

3  testimony on Corte Madera Police Officer Matthew Mitchell requesting his

4  appearance for testimony on February 2, 2010;

5          WHEREAS, plaintiff's counsel informed defendant on January 20, 2010

6  that Officer Mitchell was scheduled to be in Sacramento attending training during

7  the week of February 1-5, 2010;

8
           WHEREAS, plaintiff's counsel requested a stipulation from defendant on
9
   January 20, 2010 to take Officer Mitchell's trial testimony by videotape in
10
   advance of trial;
11

12         WHEREAS, defense counsel responded on January 21, 2010 that despite

13  the disruption to pretrial preparation defense counsel can be available to

14  accommodate plaintiff's request on January 27, 2010 at 2:00 p.m. at the Corte

15  Madera location described below;

16         WHEREAS, Officer Matthew Mitchell has agreed to appear for purposes

17  of giving trial testimony by video deposition on January 27, 2010;

18

19         WHEREAS, plaintiff's counsel will provide defense counsel via messenger

20  with a courtesy copy (*i.e.* free of charge) of the DVD and/or video recording of all

21  of the testimony provided by Officer Mitchell on January 27, 2010 no later than

22  3:00 p.m. on January 29, 2010.

23

24         ACCORDINGLY, the parties agree that Officer Mitchell's testimony at trial

25  may be offered by way of video deposition, with said deposition to occur on

26  January 27, 2010 at 2:00 p.m. at 5725 Paradise Drive, Suite E Building 900,

27  Corte Madera, California 94925.  Further, plaintiff's counsel will provide defense

28  counsel via messenger with a courtesy copy (*i.e.* free of charge) of the DVD

1   and/or video recording of all of the testimony provided by Officer Mitchell on

2   January 27, 2010 no later than 3:00 p.m. on January 29, 2010.

3

4

5   DATED:  January 21, 2010        LAW OFFICES OF SANFORD M. CIPINKO

6

7                                  By:    /s/
                                          JEREMY CLOYD

8                                         Attorneys for Plaintiff Eric Sedie

9

10  DATED:  January 21, 2010        JOSEPH P. RUSSONIELLO
                                     United States Attorney

11

12                                 By:    /s/
                                          MELISSA K. BROWN

13                                        JONATHAN U. LEE
                                          Attorneys for Defendant United States Postal

14                                        Service

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER REGARDING OFFICER MATTHEW MITCHELL          3
SEDIE v. UNITED STATES POSTAL SERVICE; CASE NO.: C-08-4417 EDL

1                              [PROPOSED] ORDER

2              Pursuant to the stipulation of the parties and good cause appearing,

3      Officer Matthew Mitchell's testimony at trial may be offered by way of video

4      deposition, with said deposition to occur on January 27, 2010 at 2:00 p.m. at

5      5725 Paradise Drive, Suite E Building 900, Corte Madera, California 94925.

6      Further, plaintiff's counsel will provide defense counsel via messenger with a

7      courtesy copy (*i.e.* free of charge) of the DVD and/or video recording of all of the

8      testimony provided by Officer Mitchell on January 27, 2010 no later than 3:00

9      p.m. on January 29, 2010.

10

11

12     Dated:    January 22, 2010

13                                                       _____
                                                         ELIZABETH D. LAPORTE
14                                                       UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER REGARDING OFFICER MATTHEW MITCHELL          4
SEDIE v. UNITED STATES POSTAL SERVICE; CASE NO.: C-08-4417 EDL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28