```
1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney
2    JOANN M. SWANSON (CABN 88143)
     Chief, Civil Division
3    JONATHAN U. LEE (CABN 148792)
     MELISSA K. BROWN (CABN 203307)
4    Assistant United States Attorney
          450 Golden Gate Avenue, Box 36055
5         San Francisco, California 94102-3495
          Telephone: (415) 436-6962
6         FAX: (415) 436-6748
          melissa.k.brown@usdoj.gov
7
     Attorneys for Defendant
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ERIC SEDIE, | ) | No. C-08-4417 EDL |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER TO ADMIT DEPOSITION |
| v. | ) ) | TESTIMONY OF AARON HAYASHI, M.D. DUE TO UNAVAILABILITY |
| UNITED STATES OF AMERICA, | ) ) | DURING TRIAL |
| Defendant. | ) ) | |

WHEREAS, the deposition of Aaron Hayashi, M.D. ("Dr. Hayashi") took place on November 24, 2009 in San Jose, California, during which counsel for the defendant United States (" Federal Defendant") and counsel for plaintiff, Eric Sedie ("Plaintiff") conducted an examination of Dr. Hayashi regarding issues in the above-captioned action;

WHEREAS, such deposition was transcribed by a certified court reporter;

WHEREAS, Dr. Hayashi will be on duty in a hospital in Martinez, California during the week of February 1, 2010 through February 5, 2010 from the hours of 8:30 a.m. until 5:00 p.m., and it would pose a hardship on Dr. Hayashi to appear for trial due to this conflict;

WHEREAS, by and through their counsel, the parties, agreed to submit portions of Dr. Hayashi's deposition testimony as given on November 24, 2009 in lieu of live testimony;

C-08-4417 EDL

1
2    WHEREAS, both parties have designated portions of the deposition transcript as attached
3  hereto as exhibits A and B;
4    ACCORDINGLY, the parties by and through their undersigned counsel hereby stipulate
5  that the deponent Dr. Hayashi is unavailable for trial within the meaning of rule 804(a) of the
6  Federal Rules of Evidence, and that the parties may submit the attached excerpts of the testimony
7  given at his deposition on November 24, 2009, in accordance with the Federal Rules of Civil
8  Procedure and the Federal Rules of Evidence.
9    So Stipulated
10
11  DATED: January 28, 2010                                      Respectfully submitted,
12
                                                               JOSEPH P. RUSSONIELLO
13                                                             United States Attorney
14                                                                    /s
                                                               _____
15                                                             MELISSA K. BROWN
                                                               Assistant United States Attorney
16
17                                                                    /s
                                                               _____
18  Dated: January 28, 2010
                                                               JEREMY CLOYD
19                                                             Attorney for Plaintiff
20
21
22
23
24
25
26
27
28

C-08-4417 EDL                                    2

**[~~PROPOSED~~ ] ORDER**

Pursuant to the stipulation of the parties, the Court will allow the parties to proffer portions of the deposition testimony of Aaron Hayashi, M.D. taken on November 24, 2009 that were submitted as exhibits A and B with the parties' Stipulation To Admit Deposition Testimony of Aaron Hayashi, M.D. Due to Unavailability During Trial for admission into evidence in lieu of the live testimony of Aaron Hayashi, M.D.

IT IS SO ORDERED

Dated: January 29, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge