IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SEDIE, | No. C-08-04417 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

In light of the settlement conference scheduled for March 1, 2010, the parties shall file their joint and separate proposed findings of fact and conclusions of law following court trial no later than March 11, 2010.

**IT IS SO ORDERED.**

Dated: February 10, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge