

**U.S. Department of Justice**

United States Attorney
Northern District of California

---

9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

(415) 436-6962
FAX:(415) 436-7234

February 16, 2010

*Via Facsimile*
Honorable Joseph C. Spero
U.S. District Court - Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: <u>Eric Sedie v. United States</u>
    U.S.D.C. Case No. C-08-4417 EDL

Dear Magistrate Spero:

  I write regarding the settlement conference scheduled before you on March 1, 2010 at 9:30 a.m. in the above-referenced matter. I write to request that our client representative Joseph Doyle be allowed to participate in the upcoming settlement conference via telephone. Mr. Doyle has traveled from St. Louis Missouri to San Francisco on two separate occasions to participate in person in settlement discussions in this case. In addition, the United States has expended significant resources in this above-referenced action, including completing trial. Due to the resources already expended in this case, we request that Mr. Doyle be allowed to participate telephonically. The Plaintiff does not oppose our request.

  We thank you for your consideration of this request.

          Very truly yours,

          JOSEPH P. RUSSONIELLO
          United States Attorney

          /s/ Melissa Brown

          MELISSA K. BROWN
          Assistant United States Attorney

cc: Sanford Cipinko, Esq.
   Jeremy Cloyd, Esq.

Dated: 2/25/10

IT IS SO ORDERED
Judge Joseph C. Spero

# Message Confirmation Report

FEB-16-2010 10:26 AM TUE

|   |   |
|---|---|
| Xerox FaxCentre 2218 |  |
| Machine Fax ID | : US ATTORNEY |
| Serial Number | : CBC458357....... |
| Fax Number | : 4154366748 |

| | | |
|---|---|---|
| Name/Number | : | 96939904 ✓ |
| Page | : | 2 ✓ |
| Start Time | : | FEB-16-2010 10:25AM TUE |
| Elapsed Time | : | 00'48" |
| Mode | : | STD G3 |
| Results | : | O.K ✓ |

---



U.S. Department of Justice
United States Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone Number: 415/436-6962
Fax Number: 415/436-6748

# FAX

| To: | Jeremy Cloyd, Esq. | From: | Melissa K. Brown |
|---|---|---|---|
| Fax: | (415) 693-9904 | Phone: | (415) 693-9905 |
| Date: | February 16, 2010 | Page(s): | 2 including cover |
| Re: | Eric Sedie v. United States | | |

COMMENTS:

---

**CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION**

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

Message Confirmation Report                FEB-16-2010 10:19 AM TUE

```
                              Xerox FaxCentre 2218
                              Machine Fax ID    :  US ATTORNEY
                              Serial Number     :  CBC458357.......
                              Fax Number        :  4154366748


Name/Number    :    95223636 ✓
Page           :    2 ✓
Start Time     :    FEB-16-2010 10:19AM TUE
Elapsed Time   :    00'16"
Mode           :    STD ECM
Results        :         O.K ✓
```

---



U.S. Department of Justice
United States Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone Number: 415/436-7200
    Fax Number: 415/436-7234

# FAX

| To: | Magistrate Joseph C. Spero | From: | Melissa K. Brown<br>Assistant United States Attorney |
|---|---|---|---|
| Fax: | (415) 522-3636 | Phone: | (415) 522-3691 |
| Date: | February 16, 2010 | Page(s): | 2 including cover |
| Re: | Eric Sedie v. United States, Case No. C-08-4417 EDL<br>Settlement Conference scheduled for March 1, 2010 | | |

COMMENTS:

---

**CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION**

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.