1  SANFORD M. CIPINKO (SBN 88102)
   JEREMY CLOYD (SBN 239991)
2     Law Offices of Sanford M. Cipinko
      55 Francisco Street, Suite 403
3     San Francisco, CA 94133
      Telephone: (415) 693-9905
4     Facsimile: (415) 693-9904

5  Attorneys for Plaintiff, Eric Sedie

6  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
7  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
8  MELISSA K. BROWN (CABN 203307)
   Assistant United States Attorney
9     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
10    Telephone: (415) 436-6962
      FAX: (415) 436-6748
11    melissa.k.brown@usdoj.gov

12 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ERIC SEDIE, | ) | No. C 08-4417 EDL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

STIPULATION AND [PROPOSED] ORDER
C 08-4417 EDL

1  WHEREAS, on February 10, 2010, the Honorable Magistrate Judge Elizabeth D. Laporte
2  issued an Order allowing the parties to file revised proposed findings of fact and conclusions of
3  law on March 11, 2010.
4  WHEREAS, the plaintiff Eric Sedie ("Plaintiff") by and through his counsel has
5  requested additional time to file the revised proposed findings of fact and conclusions of law and
6  the defendant United States ("Defendant") by and through its counsel agrees to such request;
7  ACCORDINGLY, the parties agree to the following: the parties shall have until March
8  19, 2010 to file and serve their revised proposed findings of fact and conclusions of law.
9  IT IS SO STIPULATED.

DATED: March 10, 2010          Respectfully submitted,

                               JOSEPH P. RUSSONIELLO
                               United States Attorney

                               /s/ Melissa Brown
                               _____
                               MELISSA K. BROWN
                               Assistant United States Attorney


DATED: March 10, 2010

                               LAW OFFICES OF SANFORD CIPINKO
                               Attorneys at Law

                               /s/ Jeremy Cloyd
                               _____
                               SANFORD CIPINKO
                               JEREMY CLOYD
                               Attorneys for the Plaintiff

**[~~PROPOSED~~ ] ORDER**

Pursuant to the stipulation of the parties, the parties shall have until March 19, 2010 to file and serve their revised proposed findings of fact and conclusions of law.

IT IS SO ORDERED.

Dated: March 10, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge