**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

ERIC SEDIE,

11
                    Plaintiff,                          No. C-08-4417 EDL
12
                    v.
13
                                                        **JUDGMENT**
14    UNITED STATES OF AMERICA,

15                  Defendants.
     _____/
16

17          This action came before the Court for trial, Magistrate Judge Elizabeth D. Laporte presiding,

18    and the issues have been duly heard and considered and a decision having been fully rendered,

19          IT IS ORDERED AND ADJUDGED that in accordance with the Court's April 21, 2010 Findings

20    of Fact and Conclusions of Law, Plaintiff is entitled to judgment in the amount of $297,624.66.

21    Dated: April 21, 2010

22                                                      _____
                                                        ELIZABETH D. LAPORTE
23                                                      United States Magistrate Judge

24
25
26
27
28

                                                   1